IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYNTHIA G. SMITH,      Plaintiff, | § § § | |
| v. | § | CIVIL NO. 3:15-CV-2748-K |
| SAM'S CLUB,      Defendant. | § § § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice for want of prosecution.

SO ORDERED.

Signed January 12th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE